ROBERT QUELCH, an Infant, by VERONICA QUELCH, His Guardian ad Litem, Respondent, *v.* MABEL MILLER, Appellant, Impleaded with Others.

(Argued January 24, 1933; decided February 28, 1933.)

*Nellie Childs Smith* and *John D. Lyons* for appellant. *Ellsworth Baker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: CROUCH, J.